IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT LEE BEECHAM, Personal Representative of the, ) ) ) Plaintiff, ) ) V. ) ) SOCIALIST PEOPLE'S LIBYAN ARAB ) JAMAHIRIYA, (Libya), et al., ) ) Defendant. ) ) | 8:08CV49 ORDER |

This lis pendens action was erroneously opened as a civil case and should be opened as a miscellaneous case. The clerk's office is directed to:

1. Copy this case to 8:08MC16 and delete civil case 8:08CV49. No judge will be assigned to 8:08MC16.

2. Refund to the plaintiff all of the $350 filing fee except the $39 filing fee required to open a miscellaneous case.

IT IS SO ORDERED.

DATED this 13th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge